IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**GLENANNE J. JOHNSON**                                                                                              **PLAINTIFF**

V.                                         **CASE NO. 3:23-CV-3052**

**NEW MEXICO INSTITUTE OF MINING
AND TECHNOLOGY and
NEW MEXICO RISK MANAGEMENT DIVISION**                                     **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 13) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute this case and failure to obey the Orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 13th day of March, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE